399 S.E.2d 112 (1991)
328 N.C. 84
Mary Bonneau (Bonnie) McELVEEN-HUNTER
v.
FOUNTAIN MANOR ASSOCIATION, INC.
No. 143PA90.
Supreme Court of North Carolina.
January 10, 1991.
Osteen & Adams by William L. Osteen, Sr., Greensboro, for plaintiff-appellant.
Nichols, Caffrey, Hill, Evans & Murrelle by Charles E. Nichols and Everett B. Saslow, Jr., Greensboro, for defendant-appellee.
PER CURIAM.
AFFIRMED.
EXUM, C.J., did not participate in the consideration or decision of this case.